UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LUIS MEJIA,

                Plaintiff,

  -against-                                      9:03-CV-124
                                                        (LEK/DEP)

GLENN S. GOORD, *et al.*,

                Defendants.

## DECISION AND ORDER

    This matter comes before the Court following a Report-Recommendation filed on August 16, 2005, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.

    Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1. In the interval of at least 15 days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

    Accordingly, it is hereby

    ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

    ORDERED, that defendants' motion for summary judgment (Dkt. No. 29) is **GRANTED**

1

and plaintiff's complaint is **DISMISSED** in its **ENTIRETY**, and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:     September 14, 2005
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge